Argued and submitted March 21, affirmed June 6, 1990

SVELA,
*Respondent,*

*v.*

COOPER et al,
*Appellants.*

(A8804-02319; CA A60887)

792 P2d 115

Margaret H. Leek Leiberan, Portland, argued the cause and filed the briefs for appellants.

Frank H. Hilton, Jr., Portland, argued the cause for respondent. With him on the brief were Harrison Latto and Schwab, Hilton & Howard, Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendants appeal the judgment for plaintiff in this personal injury action. None of defendants' assignments demonstrate error or require discussion. Plaintiff requests 10 percent damages under ORS 19.160. We deny the request.

Affirmed.